MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendant,
LTF CLUB OPERATIONS COMPANY, INC.
d/b/a LIFE TIME FITNESS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOWARD BROWN, individually,<br><br>              Plaintiff,<br><br>vs.<br><br>LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS, a Foreign Corporation; DOES I through XX and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>              Defendants. | CASE NO.  2:24-cv-01272-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, HOWARD BROWN and Defendant LTF CLUB OPERATIONS COMPANY, INC. dba LIFE TIME FITNESS, by and through their respective undersigned counsel of record, that Plaintiff's

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1 of 2
Brown v. LTF Club Operations Company, Inc. dba Life Time Fitness, Case No. 2:24-cv-01272-RFB-DJA
**Stipulation and Order to Dismiss with Prejudice**

Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

| Dated this 5th day of June 2025. | Dated this 5th day of June 2025. |
|---|---|
| BOYACK LAW GROUP | THORNDAL ARMSTRONG, PC |
| */s/ Bryan Boyack*<br>Bryan Boyack, Esq.<br>Nevada Bar No. 9980<br>1707 Village Center Circle, Suite 100<br>Las Vegas, Nevada 89134<br>Attorney for Plaintiff,<br>HOWARD BROWN | */s/ Michael C. Hetey*<br>Michael C. Hetey, Esq.<br>Nevada Bar No. 5668<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant,<br>LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME FITNESS |

## **ORDER**

Based upon the stipulation of counsel for the Parties and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

IT IS SO ORDERED.

June 6, 2025

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2
Brown v. LTF Club Operations Company, Inc. dba Life Time Fitness, Case No. 2:24-cv-01272-RFB-DJA
**Stipulation and Order to Dismiss with Prejudice**